**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THERESA MARTINEZ,

      Plaintiff,

vs.                                 Case No.: 1:16-cv-01029 WJ/LF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

THIS MATTER having come before the Court upon the Motion of the Plaintiff, Theresa Martinez, all parties having concurred and the Court being fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

_____
THE HONORABLE WILLIAM P. JOHNSON
United States District Judge

**SUBMITTED BY:**


*/s/ David M. Houliston - approved via email 7/20/17*
David M. Houliston
Law Offices of David M. Houliston
Attorney for Plaintiff
500 Tijeras NW
Albuquerque, NM 87102
Telephone:  (505) 247-1223


**APPROVED BY:**

MILLER STRATVERT P.A.


*/s/ Todd A. Schwarz*
Todd A. Schwarz
Attorneys for Defendant
Post Office Box 25687
Albuquerque, New Mexico  87125
(505) 842-1950


\\Abq-tamarack\ProData\000065-048904\Pleadings\3212076.docx